IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| EVERGREEN TECHNOLOGIES, LLC | * | Case No. 18-10207-NVA |
| Debtor | * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING TRUSTEE
TO CONDUCT EXAMINATIONS PURSUANT TO
<u>RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Upon consideration of the Motion for Order Authorizing Trustee to Conduct an Examinations Pursuant to 2004 of the Federal Rules of Bankruptcy Procedure filed by George W. Liebmann, Chapter 7 Trustee for the bankruptcy estate of Evergreen Technologies, LLC (the "Motion"), it appearing that cause exists for the requested examinations, it is, by the United States Bankruptcy Court for the District of Maryland, **ORDERED** that:

1. The Motion is GRANTED; and it is

2. Hackworth Reprographics, Inc., Murray & Heister, Inc., and Complete Document Solutions, LLC are directed to attend examinations pursuant to Bankruptcy Rule 2004(d) at a reasonable time and place specified by the Trustee in subpoenas issued pursuant to Bankruptcy

18110/0/02905328.DOCXv1

Rule 9016 for those examinations on at least ten (10) days written notice and to produce documents for examination and copying at a reasonable time in advance of such examinations.

cc:    David J. Shuster
Jean E. Lewis
Justin A. Redd
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202

George W. Liebmann, Esquire
Liebmann & Shively, P.A.
8 West Hamilton Street
Baltimore, MD 21201

Office of the U.S. Trustee
101 W. Lombard Street, Ste. 2625
Baltimore, MD 21201

Andrew M. Croll, Esquire
Scarlett, Croll & Myers, P.A.
201 North Charles St #600
Baltimore, Maryland 21201

Jeffrey L. Nuckolls, Esquire
Basnight, Kinser, Leftwich & Nuckolls, P.C.
308 Cedar Lakes Drive
Chesapeake, Virginia 23322

**END OF ORDER**